UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20100-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATHIS MOORE,

    Defendant.
_____/

**ORDER ADOPTING AND AFFIRMING R&R
AND ADJUDICATING DEFENDANT GUILTY**

This matter came before the Court on the Report and Recommendation (R&R) [DE764] of the Honorable Barry L. Garber recommending that the Defendant Mathis Moore's plea of guilty be accepted and Defendant be adjudicated guilty. The Court has reviewed Judge Garber's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the R&R of Magistrate Judge Garber is ADOPTED and AFFIRMED, and is made the Order of the District Court:

Defendant Mathis Moore's plea of guilty is accepted, and Defendant Moore is adjudicated guilty as to Counts 1 and 13 of the Indictment.

DONE AND ORDERED in Miami, Florida this 2nd day of April, 2012.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel of Record
Judge Barry L. Garber