UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20100-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JAMES EDWARDS,
_____/

## ORDER AFFIRMING REPORT & RECOMMENDATION

This matter is before the Court on the Report and Recommendation (R&R) of the Honorable Peter R. Palermo recommending that the CJA Voucher of Franz A. Parke, Esq. for fees and expenses in the total amount of $19,820.15 be reduced to $19,703.86. The Court has reviewed Judge Palermo's R&R and no objections have been filed. Therefore, based on a *de novo* review of the evidence presented, it is hereby

ORDERED that the above-mentioned Report and Recommendation of Magistrate Judge Palermo be AFFIRMED and made the Order of the District Court as follows: Franz Parke shall be paid **$19,703.86** as fair compensation for his work on this case.

DONE AND ORDERED in Miami, Florida this 23rd day of January, 2013.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
The Honorable Peter R. Palermo
Franz Parke, Esq.
Lucy Lara, CJA Administrator